**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**FREDERICK BANKS**                                                                    **PLAINTIFF**

**v.**                          **Case No. 4:13-cv-00481 KGB**

**DAVENPORT, et al.**                                                                  **DEFENDANTS**

<u>**JUDGMENT**</u>

In accordance with the Court's Order entered this date, Frederick Banks's action is dismissed without prejudice.

DATED this 15th day of October, 2013.

_____
Kristine G. Baker
United States District Judge