IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FREDERICK BANKS**                                                            **PLAINTIFF**

v.                      Case No. 4:13-cv-00481 KGB

**DAVENPORT, et al.**                                                **DEFENDANTS**

## ORDER

Before the Court is plaintiff Frederick Banks's motion for reconsideration to opinion and order and notice of appeal (Dkt. No. 9). Mr. Banks seeks reconsideration of the Court's Order of October 15, 2013, in which the Court dismissed without prejudice Mr. Banks's complaint and complaint for a writ of mandamus (Dkt. No. 7).

The Court has carefully reviewed the record and finds no good cause to reconsider its previous Order. Mr. Banks's motion for reconsideration is denied (Dkt. No. 9). The Clerk of Court is directed to docket a notice of appeal for Mr. Banks, as that was also his intent with his filing.

SO ORDERED this the 30th day of October, 2013.

                                                 Kristine G. Baker
                                                 United States District Judge